UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br>v.<br><br>DELAND CROCKETT,<br><br>　　　　　Defendant.<br>_____/ | Case: 4:25-cr-20733<br>Judge: Behm, F. Kay<br>MJ: Ivy, Curtis<br>Filed: 10-01-2025<br>SEALED MATTER (tt)<br><br>Violations:<br>21 U.S.C. § 846<br>21 U.S.C. § 841(a) |

## INDICTMENT

**The Grand Jury charges that:**

### Count One
### Conspiracy to Distribute and Possess with Intent to Distribute a Controlled Substance
### 21 U.S.C. §§ 846, 841(a), and 841(b)(1)(A)(viii)

From on or about July 6, 2024, continuing through at least July 10, 2024, in the Eastern District of Michigan, and elsewhere, the defendant, DELAND CROCKETT, knowingly and intentionally combined, conspired, confederated, and agreed with persons known and unknown to the Grand Jury, to distribute and possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Sections 846 and 841(a)(1).

With respect to the defendant, DELAND CROCKETT, the controlled substances involved in the conspiracy attributable to him as a result of his own

conduct, and the conduct of other conspirators reasonably foreseeable to him, are:

400 grams or more of a mixture and substance containing a detectable amount of N-Phenyl-N-[1-(2-phenylethyl)-4-piperidinyl]propenamide (fentanyl), a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(A)(vi).

## FORFEITURE ALLEGATIONS

### Criminal Forfeiture
### 21 U.S.C. § 853

The allegations contained in this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853.

Pursuant to Title 21, United States Code, Section 853, upon conviction of an offense in violation of Title 21, United States Code, Sections 846 and 841, the defendant shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offenses and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offenses.

If any of the property described above, as a result of any act or omission of the defendant:

        a.    cannot be located upon the exercise of due diligence;
        b.    has been transferred or sold to, or deposited with, a third party;
        c.    has been placed beyond the jurisdiction of the court;

      d.    has been substantially diminished in value; or
      e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

**THIS IS A TRUE BILL.**

Dated: October 1, 2025

s/GRAND JURY FOREPERSON

JEROME F. GORON JR.
United States Attorney

s/ANTHONY P. VANCE
ANTHONY P. VANCE
Assistant United States Attorney
Chief, Branch Offices

s/CHRISTOPHER W. RAWSTHORNE
CHRISTOPHER W. RAWSTHORNE
Assistant United States Attorney
600 Church Street, Suite 210
Flint, MI 48502
Telephone number: (810) 766-5177
Christopher.Rawsthorne@usdoj.gov

| **Companion Case information MUST be completed by AUSA** | | Case: 4:25-cr-20733<br>Judge: Behm, F. Kay<br>MJ: Ivy, Curtis<br>Filed: 10-01-2025<br>SEALED MATTER (tt) |
|---|---|---|
| United States District Court<br>Eastern District of Michigan | **Criminal Case Cover** | |

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | **Judge Assigned:** |
| ☐ Yes    ☑ No | **AUSA's Initials:** CRW |

**Case Title:** USA v. DELAND CROCKETT

**County where offense occurred:** GENESEE

**Check One:**   ☑ Felony     ☐ Misdemeanor     ☐ Petty

   X Indictment/____Information --- **no** prior complaint.
   ____Indictment/____Information --- based upon prior complaint [Case number: _____]
   ____Indictment/____Information --- based upon LCrR 57.10 (d) *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** _____     **Judge:** _____

☐ Original case was terminated; no additional charges or defendants.
☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

October 1, 2025
      Date

*/s/ C. W. R.*

Christopher W. Rawsthorne
Assistant United States Attorney
210 Federal Building
600 Church Street
Flint, Michigan 48502
Telephone: (810) 766-5177
Email: Christopher.Rawsthorne@usdoj.gov
P84401

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.

03/11/2013