**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

          Plaintiff,

v.

DELAND CROCKETT,

          Defendant.

_____/

Case No. 25-20733

Hon. F. Kay Behm

## ORDER GRANTING DEFENDANT PERMISSION TO ATTEND HIS GREAT-UNCLE'S FUNERAL

NOW COMES the Court, after reading Defendant's Emergency Motion and being fully advised of the premises herein, and hereby GRANTS Defendant Deland Crockett permission to attend the funeral service and family memorial for his Great-Uncle, Lonnie Ray Linscomb.  Mr. Crockett shall be allowed to leave his home at 1:00 p.m. on Wednesday, May 6, 2026. He must return to his home no later than 6:00 p.m. on Wednesday, May 6, 2026.

      IT IS SO ORDERED.

Date: May 5, 2026

s/F. Kay Behm
F. Kay Behm
United States District Judge