UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THE UNITED STATES OF AMERICA,

Plaintiff,

v.

DELAND CROCKETT,

Defendants.
_____________________________ /

Case No. 25-20733

F. Kay Behm
United States District Judge

**ORDER ON MOTION TO AMEND BOND CONDITIONS (ECF No. 24)**

For reasons stated on the record at the hearing on November 17, 2026, the Motion to Amend/Correct the Order Setting Conditions of Release [ECF No. 24] is **GRANTED**.

**IT IS SO ORDERED** that discretionary leave may be granted to Defendant as deemed appropriate by the supervising officer.

**SO ORDERED**.

Date: November 18, 2026

s/F. Kay Behm
F. Kay Behm
United States District Judge